## STATE v. MARTIN

No. 346PC

Case below: 47 N.C. App. 223

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 October 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 October 1980.

## STATE v. PILKINGTON

No. 25PC

No. 153 (Fall Term)

Case below: 48 N.C. App. 431

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 October 1980.

## STATE v. RICE

No. 290PC

Case below: 47 N.C. App. 208

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 October 1980.

## STATE v. THACKER

No. 342PC

Case below: 45 N.C. App. 102

Application by defendant for further review denied 7 October 1980.

## SYNCO, INC. v. HEADEN

No. 288PC

Case below: 47 N.C. App. 109

Petitions by plaintiffs and defendants for discretionary review under G.S. 7A-31 denied 7 October 1980.